IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3141 |
| vs. | ORDER |
| RICARDO AGUILAR CISNEROS, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Indictment (filing 29). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion To Dismiss Indictment (filing 29) is granted.

2. The indictment is dismissed as to defendant Ricardo Aguilar Cisneros.

Dated this 16th day of March, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge